[No. 7916-6-I. Division One. February 17, 1981.]

ELIHU HURWITZ, ET AL, *Appellants,* v. CHRISTIE WILLIAMS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 852476, T. Patrick Corbett, J., entered July 26,

1979. *Affirmed* by unpublished opinion per James, C.J., concurred in by Durham, J., Ringold, J., dissenting.